Wesley D. Ray, Esq. (SBN 026351)
Wesley.Ray@SacksTierney.com
Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
Michael Galen, Esq. (SBN 035044)
Michael.Galen@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Involuntary Chapter 7 |
| PCT INTERNATIONAL, INC., | Case No.: 2:19-bk-14586-PS |
| Debtor. | **DECLARATION OF DOUGLAS V. DRURY IN SUPPORT OF MOTION FOR AN ORDER TO SHOW CAUSE AS TO WHY DEVON INVESTMENT INC. AND CRESTWOOD CAPITAL CORPORATION, AND THEIR COUNSEL HAGENS BERMAN SOBOL SHAPIRO LLP, SHOULD NOT BE HELD IN CONTEMPT FOR WILLFULLY VIOLATING THE AUTOMATIC STAY AND WHY DAMAGES SHOULD NOT BE AWARDED** |

I, Douglas V. Drury, hereby declare under penalty of perjury of the laws of the United States of America, as follows:

1. I am the President of PCT International, Inc. (the "<u>Debtor</u>") and am authorized to make this declaration (this "<u>Declaration</u>") on behalf of the Debtor. In my capacity, I am familiar with the matters set forth in this Declaration, except as otherwise stated, and am competent to make the statements contained in this Declaration.

2. I have reviewed the *Motion for an Order to Show Cause as to Why Devon Investment Inc. and Crestwood Capital Corporation, and their Counsel Hagens Berman Sobol*

*Shapiro LLP, Should Not Be Held in Contempt for Willfully Violating the Automatic Stay and Why Damages Should Not Be Awarded* (the "Motion") filed by the Debtor in the above-captioned bankruptcy case.

3. To the best of my knowledge, information, and belief, all facts set forth in the Motion are true and correct.

DATED: December 2, 2019

                                                                                 _____
                                                                                 Douglas V. Drury