# UNITED STATES BANKRUPTCY COURT

DISTRICT OF Arizona

In re: PCT International, Inc    §    Case No. 19-14586
                                                §
                                                §
                      Debtor(s)                   §    ☐ Jointly Administered

## Post-confirmation Report                                    Chapter 11

Quarter Ending Date: 06/30/2022                     Petition Date: 11/15/2019

Plan Confirmed Date: 11/12/2021                    Plan Effective Date: 12/10/2021

This Post-confirmation Report relates to:  ● Reorganized Debtor

                                                       ○ Other Authorized Party or Entity: _____
                                                                                                    Name of Authorized Party or Entity

| | |
|---|---|
| /s/Doug Drury | Doug Drury |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 07/22/2022 | |
| Date | 7855 S. River Parkway – Suite 222 • Tempe, AZ 85284 |
| | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name PCT International, Inc   Case No. 19-14586

**Part 1: Summary of Post-confirmation Transfers**

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $4,944,752 | $10,897,702 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $4,944,752 | $10,897,702 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $103,621 | $2,667,053 | $51,226 | $2,474,611 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Stinson LLP | Lead Counsel | $60,511 | $854,371 | $5,611 | $780,611 |
| ii | Perkins Coie LLP | Lead Counsel | $0 | $558,599 | $0 | $536,375 |
| iii | Sacks Tierney | Lead Counsel | $0 | $539,850 | $8,221 | $519,405 |
| iv | Keegan Linscott & Associates | Financial Professional | $43,110 | $270,926 | $15,000 | $175,000 |
| v | Allen Barnes & Jones | Efficiency Counsel | $0 | $381,462 | $22,394 | $386,375 |
| vi | LKW Consulting LLC | Financial Professional | | $0 | $0 | $15,000 |
| vii | Wilenchick & bartness | Special Counsel | $0 | $51,845 | $0 | $51,845 |
| viii | Folks Hess PLLC | Special Counsel | | $10,000 | $0 | $10,000 |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name PCT International, Inc    Case No. 19-14586

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | | $20,760 | $78,358 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Integrated Accounting | Financial Professional | | | $0 | $27,764 |
| | ii | Sun Belt Capital | Financial Professional | | | $0 | $15,000 |
| | iii | Thomas Galvani | Special Counsel | | | $20,760 | $35,594 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | Debtor's Name PCT International, Inc | | | | Case No. 19-14586 | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $9,305,537 | $1,373,680 | $5,480,546 | $9,303,337 | 59% |
| b. Secured claims | $68,732 | $8,556 | $17,112 | $65,679 | 26% |
| c. Priority claims | $1,531,891 | $200,000 | $443,134 | $1,531,891 | 29% |
| d. General unsecured claims | $34,541,960 | $187,815 | $3,411,939 | $32,669,960 | 10% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?     Yes ○   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:   09/15/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○   No ⦿

Debtor's Name PCT International, Inc  Case No. 19-14586

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/Doug Drury | Doug Drury |
| Signature of Responsible Party | Printed Name of Responsible Party |
| General Council | 04/22/2022 |
| Title | Date |